164 A.3d 391

MUN JAE KIM, PLAINTIFF–PETITIONER, v. LEADING INSURANCE GROUP AND LEADING INSURANCE SERVICES, DEFENDANTS–RESPONDENTS.

March 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005161–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.